# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TAMMY YORI,                              :
                                         :
    Plaintiff,           :      Civil Action No.:   15-83 (BR)
                                         :
v.                                       :
                                         :
ERIE COMMON PLEAS COURTHOUSE,  :
*et al.*,                                :
                                         :
    Defendant.           :

## **ORDER**

On March 23, 2015, the Court denied Plaintiff Tammy Yori's motion to proceed in *forma paueris* and to file a civil action because the attached complaint was incomprehensible. [Dkt. 2]. The Court instructed Plaintiff to file an amended complaint that complies with the Federal Rules of Civil Procedure, namely Rule 8. *Id*. at 4. The Court warned Plaintiff that failure to do so would result in dismissal of this lawsuit. *Id*.

Rather than file an amended complaint as instructed, Plaintiff filed a notice of appeal to the Third Circuit Court of Appeals. She also requested that this Court stay this case pending resolution of the appeal. [Dkt. 8]. Included within the motion to stay was Plaintiff's amended complaint. This Court granted the motion to stay on April 13, 2015.

On May 15, 2015, the Third Circuit Court of Appeals dismissed Plaintiff's appeal for failure to pay the filing fees. [Dkt. 12]. Accordingly, this Court hereby lifts the stay on the instant proceedings and turns to Plaintiff's amended complaint. In the amended complaint, Plaintiff alleges that the Erie Common Pleas Court, the Erie Federal Bankruptcy Court, and two individuals (Dr. Ruiz and Rhonda Winnecour) "took all of [her] civil and constitutional rights

from [her]." However, the complaint is indecipherable after that. For instance, the next paragraph states:

> Dr. Ruiz, Rhonda Winnecour, Erie Common Pleas, and all committed fraud in disclosing facts and or reporting to the United States Supreme per law as required by counsel know lies, particularly many aspects of the home (family home) and the Court allowed Dr. Michael Ruiz DPM to abuse me badly infront [*sic*] of my child and has not held him accountable. I can't even say Mrach 17, 2015 Dept of Millcreek Police has even made Dr. Michael Ruiz pay fine for any of the incidents in Exbit [*sic*] C also true accurate copies included in the connected docket.

As the preceding paragraph demonstrates, the amended complaint continues to run afoul of the requirements imposed by Federal Rule of Civil Procedure 8, which requires that a complaint contain "a short and plain statement of the claim showing that the pleader is entitled to relief." FRCP 8(a). Accordingly, this Court will dismiss the amended complaint, strike the remaining motions, and instruct the Clerk of Court to terminate this case. *Amin-Bey v. United States*, 583 F. App'x 37, 38 (3d Cir. 2014) (A district court may *sua sponte* dismiss a complaint that does not comply with Rule 8 if the complaint "is so confused, ambiguous, vague, or otherwise unintelligible that its true substance, if any, is well disguised.").

Dated this 18th day of May, 2015.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge